**Jonathan BAKER, Petitioner–Appellant,**

v.

**SECRETARY OF HEALTH AND HUMAN SERVICES, Respondent–Appellee.**

No. 04–5053.

United States Court of Appeals, Federal Circuit.

Oct. 13, 2004.

Before MAYER, Chief Judge, MICHEL and CLEVENGER, Circuit Judges.

CLEVENGER, Circuit Judge.

*ORDER*

The Secretary of Health and Human Services moves to dismiss Jonathan Baker's appeal of the decision of a Special Master in *Baker v. Secretary of Health and Human Services,* No. 99–653V (Sept. 26, 2003). Baker has not responded to the motion to dismiss but moves for an extension of time to file his brief.

Baker filed a petition under the National Childhood Vaccine Injury Act in the United States Court of Federal Claims. A Special Master issued an order dismissing with prejudice Baker's petition. After the 30–day period prescribed for filing a motion for review in the Court of Federal Claims passed, the clerk of the Court of Federal Claims entered judgment on November 10, 2003. On December 29, 2003,

Baker filed a notice of appeal seeking review of the special master's decision.

The Secretary states that the Vaccine Act requires that a party aggrieved by a decision of a special master file a motion for review of that decision by a judge of the United States Court of Federal Claims within 30 days of the special master's decision.* The Secretary argues that a party may not file an appeal in this court without first obtaining such review in the Court of Federal Claims. We agree. Pursuant to our decision in *Grimes v. Secretary of Health and Human Servs.*, 988 F.2d 1196, 1198 (Fed.Cir.1993), the filing and resolution of a timely motion for review with the Court of Federal Claims is a prerequisite to appellate review in this court. Because Baker did not file a timely motion for review in the Court of Federal Claims, this court lacks jurisdiction to review his case.

Accordingly,

IT IS ORDERED THAT:

(1) The Secretary's motion to dismiss is granted.

(2) Baker's motion for an extension of time is moot.

(3) Each side shall bear its own costs.

---

* The Secretary indicates that after filing a notice of appeal to this court, Baker filed a motion for review of the special master's decision in the trial court. However, the Court of Federal Claims dismissed that motion for review as untimely. *Baker v. Secretary of Health and Human Servs.*, No. 99–653V (Jul. 7, 2004).